# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-2186 (ESH) |
| | ) |
| BARACK OBAMA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| SAKI BACHA (aka MOHAMMED JAWAD), | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-2385 (ESH) |
| | ) (ISN 900) |
| BARACK OBAMA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| SABRY MOHAMMED, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-2385 (ESH) |
| | ) (ISN 570) |
| BARACK OBAMA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| MOHAMMED KAMEEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-2385 (ESH) |
| | ) (ISN 1045) |
| BARACK OBAMA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# ORDER

To ensure that the Guantanamo Review Task Force operating pursuant to Executive Order No. 13,492 has not made any recommendations – and the Review Panel in connection with the same has made no decisions – that would render unnecessary or otherwise inefficient the further expenditure of judicial and party resources in this matter, it is hereby

**ORDERED** that on or before July 1, 2009, for each of the above-captioned cases, respondents shall file with the Court *ex parte* and under seal a report detailing the current status of the Guantanamo Review Task Force review process with respect to petitioner.  The report shall inform the Court as to whether the Guantanamo Review Task Force has made any recommendations regarding the disposition of petitioner.  If a recommendation regarding the disposition of petitioner has been made, the report shall also address whether the Review Panel has made any decisions in connection with the recommendation.  If no recommendation has been made, the report shall provide an estimated timetable, based on the then-available information, for that recommendation.  It is further

**ORDERED** that respondents shall be under an affirmative and ongoing obligation to immediately notify the Court of any changes to petitioner's status.

　　　　**SO ORDERED.**


　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　United States District Judge


Date:　June 24, 2009